Moyer, C.J., Sweeney, Locher, Holmes, Douglas, Wright and H. Brown, JJ., concur.

## REHEARING DOCKET

**85-910.** State v. Davenport. *Hamilton County,* No. C-840419. On motion for rehearing. Rehearing denied.

**87-724.** Women's Federal Savings Bank v. Pappadakes. *Cuyahoga County,* No. 51589. Reported at 38 Ohio St. 3d 143, 527 N.E. 2d 792. On motion for rehearing. Rehearing denied.

Sweeney, Locher and Douglas, JJ., dissent.

**88-302.** Elyria v. Schramm. *Lorain County,* No. 4244. On motion for rehearing. Rehearing denied.

**88-850.** Parker v. Bd. of Edn. Sylvania City School Dist. *Lucas County,* No. L-87-028. Reported at 38 Ohio St. 3d 710, ____ N.E. 2d ____. On motion for rehearing. Rehearing denied.

Moyer, C.J., Holmes and Wright, JJ., dissent.

**88-897.** State v. Constant. *Lake County,* No. 12-082. Reported at 38 Ohio St. 3d 713, ____ N.E. 2d ____. On motion for rehearing. Rehearing denied.

**88-911.** United States of America, ex rel. Jackson, v. Regional Transit Authority. *Cuyahoga County,* Nos. 52587 and 52588. Reported at 38 Ohio St. 3d 710, ____ N.E. 2d ____. On motion for rehearing. Rehearing denied.

## DISCIPLINARY DOCKET

**D.D. 88-3.** Columbus Bar Assn. v. Beckett. On motion to show cause. Motion granted. Order placed in file. Originally reported at 37 Ohio St. 3d 160, 524 N.E. 2d 513.

Wednesday, October 5, 1988

## MERIT DOCKET

**88-1472.** State v. Giles. *Ashland County.* No. CA-893. On motion to dismiss. Motion to dismiss sustained. Cause dismissed.